**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PENNSYLVANIA CHIROPRACTIC ASSOCIATION, NEW YORK CHIROPRACTIC COUNCIL, ASSOCIATION OF NEW JERSEY CHIROPRACTORS, FLORIDA CHIROPRACTIC ASSOCIATION and CALIFORNIA CHIROPRACTIC ASSOCIATION, on their own behalf and in a representative capacity on behalf of their members, and GREGORY T. KUHLMAN, D.C, JAY KORSEN, D.C., IAN BARLOW, KENDALL GEARHART, D.C., JEFFREY P. LERI, D.C., MICHELLE M. ASKAR, D.C., MARK BARNARD, D.C., BARRY A. WAHNER, D.C., ANTHONY FAVA, D.C., DAVID R. BARBER, D.C., RYAN S. FORD, D.C., LARRY MIGGINS, D.C., CASEY PAULSEN, D.C., DEAN RENNEKE, D.C., ANDREW RENO, D.C., PERI L. DWYER, D.C. RONALD L. YOUNG, D.C., and ERIC THOMPSON, D.C., on their own behalf and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:09-cv-05619 |
| -against- | ) ) ) | Hon. Matthew F. Kennelly<br>Magistrate Judge Arlander Keys |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF ALABAMA, ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE SHIELD OF CALIFORNIA, BLUE CROSS AND BLUE SHIELD OF FLORIDA, BLUE CROSS AND BLUE SHIELD OF GEORGIA, HEALTH CARE SERVICES CORPORATION, INDEPENDENCE BLUE CROSS, BLUE CROSS AND BLUE SHIELD OF KANSAS, CAREFIRST, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, BLUE CROSS AND BLUE SHIELD OF MICHIGAN, BLUE CROSS AND BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, HORIZON BLUE CROSS AND BLUE SHIELD OF NEW JERSEY, EXCELLUS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HIGHMARK, INC., BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF TENNESSEE, PREMERA BLUE CROSS, THE REGENCE GROUP, WELLMARK, INC., and WELLPOINT, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Defendants' Omnibus Motion to Dismiss, Compel Arbitration, or Stay These Proceedings |
| Defendants. | ) | |

**DEFENDANTS' OMNIBUS MOTION TO DISMISS,
COMPEL ARBITRATION, OR STAY THESE PROCEEDINGS**

Pursuant to this Court's November 18, 2009 order, all defendants respectfully move to dismiss the First Amended Class Action Complaint ("Complaint") for the reasons set forth in the memoranda of law described below. Additionally, certain defendants identified below and in the relevant memoranda move to compel arbitration and mediation and to stay the proceedings pending arbitration or mediation.

1. The twelve defendants named in Counts III, IV, and V of the Complaint purporting to state claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO") respectfully move to dismiss Counts III, IV, and V with prejudice for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

2. The 24 individual Blue Cross and/or Blue Shield defendants named in Counts I, II, and VII of the Complaint purporting to state claims under the Employee Retirement Income Security Act ("ERISA") respectfully move to dismiss Counts I, II, and VII with prejudice for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

3. All defendants respectfully move to dismiss claims by Association Plaintiffs and the claims of any Individual Plaintiff that has not alleged facts against a particular defendant with prejudice for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

4. Defendant Blue Cross and Blue Shield of Florida respectfully moves to dismiss Count VI of the Complaint purporting to state claims under the Florida Insurance Code with prejudice because there is no private right of action under Section 627.419(4) and for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

5.      Defendant Highmark Inc. respectfully moves to dismiss the claims of plaintiffs Leri and Askar with prejudice because the plaintiffs' claims must be adjudicated according to the mandatory and exclusive appellate procedure and forum set forth in the Pennsylvania Professional Health Services Plan Corporation Act and because plaintiff Leri's claims should be dismissed with prejudice based upon accord and satisfaction.

6.      Defendant WellPoint, Inc. ("WellPoint") respectfully moves to dismiss the claims of plaintiffs Reno and Gearhart with prejudice based upon accord and satisfaction because both settled the disputes alleged in the Complaint against WellPoint on a compromised basis and paid negotiated settlement amounts to WellPoint.

7.      Defendant Blue Cross and Blue Shield of Rhode Island respectfully moves to dismiss with prejudice, or in the alternative stay, the claims of plaintiffs Korsen and Barlow because they are duplicative of claims currently pending in the United States District Court for the District of Rhode Island.

8.      Finally, the defendants seek to compel arbitration and mediation and to stay this action pending arbitration and mediation because eight named plaintiffs (Paulsen, Renneke, Miggins, Gearhart, Ford, Barber, Thompson, and Young) have Participating Provider agreements ("Agreements") with their respective Blue Cross and/or Blue Shield Plans that require mandatory arbitration or mediation of all disputes arising out of or that are related to the Agreements. Plaintiffs Paulsen, Renneke, and Miggins also should be prohibited from pursuing class action arbitration where their Agreements expressly prohibit them from doing so.  Additionally, the defendants seek to compel the California Chiropractic Association (who brings claims on behalf of its members) to arbitrate these claims pursuant to the mandatory arbitration provisions in the members' Agreements with defendant Blue Shield of California.

Dated: December 31, 2009

Respectfully submitted,

/s/ John J. Hamill
John J. Hamill, Jr., Esq. (#6217530)
Shana A. Shifrin, Esq.
Kevin Case, Esq.
**Jenner & Block LLP**
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
jhamill@jenner.com
sshifrin@jenner.com
kcase@jenner.com

*Counsel for Blue Cross Blue Shield Association*

Michael A. Pope, Esq.
Christopher M. Murphy, Esq.
Marie Ann Halpin, Esq.
**McDermott, Will & Emery LLP**
227 West Monroe Street, #4400
Chicago, IL 60606
Telephone: (312) 372-2000
mpope@mwe.com
cmurphy@mwe.com
mhalpin@mwe.com

*Counsel for Blue Cross and Blue Shield of Rhode Island; Blue Cross and Blue Shield of Florida; CareFirst, Inc; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Minnesota; Horizon Blue Cross and Blue Shield of New Jersey; Excellus Blue Cross and Blue Shield; Highmark Inc.; Blue Cross and Blue Shield of South Carolina; Blue Cross and Blue Shield of Tennessee; Wellmark, Inc.*

Mark E. Schmidtke, Esq.
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603
Telephone: (312) 558-1220
mark.schmidtke@ogletreedeakins.com

>
> Eric P. Mathisen, Esq.
> Robert L. Clark, Esq.
> **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
> 225 Aberdeen Drive
> Valparaiso, IN 46385
> Telephone: (219) 242-8666
> eric.mathisen@ogletreedeakins.com
> robert.clark@ogletreedeakins.com

*Counsel for Blue Cross and Blue Shield of Alabama*

>
> Jacqueline M. Saue, Esq.
> **Foley & Lardner**
> 3000 K Street, N.W.
> Suite 500
> Washington, DC 20007
> Telephone: (202) 672-5300
> jsaue@foley.com
>
> Martin J. Bishop, Esq.
> **Foley & Lardner**
> 321 North Clark Street, Suite 2800
> Chicago, IL 60610
> Telephone: (312) 832-4500
> mbishop@foley.com

*Counsel for Arkansas Blue Cross and Blue Shield; Blue Cross and Blue Shield of Kansas*

>
> Gregory N. Pimstone, Esq.
> Joanna S. McCallum, Esq.
> **Manatt, Phelps & Phillips, LLP**
> 11355 W. Olympic Boulevard
> Los Angeles, CA 90064
> Telephone: (310) 312-4370
> jmccallum@manatt.com
> gpimstone@manatt.com
>
> Charles S. Bergen, Esq.
> Laura K. McNally, Esq.
> **Grippo & Elden**
> 111 South Wacker Drive
> Chicago, IL 60606
> Telephone: (312) 704-7700

docket@grippoelden.com
Charles Len Sweeris, Esq.
**Law Department, Blue Shield of California**
22nd Floor
50 Beale Street
San Francisco, CA 94105
Telephone: (415) 229-5107
sweeris@blueshieldca.com

*Counsel for Blue Shield of California*

Michael J. Tuteur, Esq.
**Foley & Lardner, LLP**
111 Huntington Avenue, 26th Floor
Boston, MA 02199
Telephone: (617) 342-4000
mtuteur@foley.com

Michael M. Conway, Esq.
Martin J. Bishop, Esq.
Rebecca R. Hanson, Esq.
**Foley & Lardner, LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
mbishop@foley.com
mconway@foley.com
rhanson@foley.com

*Counsel for WellPoint, Inc. and Blue Cross and Blue Shield of Georgia*

Helen E. Witt, Esq.
**Kirkland & Ellis LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
hwitt@kirkland.com

Joel R. Skinner, Esq.
**Health Care Service Corporation**
300 E. Randolph Street, 28th Floor
Chicago, IL 60601-5099
Telephone: (312) 653-6803
skinnerj@bcbsil.com

*Counsel for Health Care Service Corporation*

    Emily M. Yinger, Esq.
    N. Thomas Connally, III, Esq.
    Michael M. Smith, Esq.
    **Hogan & Hartson LLP**
    Park Place II
    7930 Jones Branch Drive, Ninth Floor
    McLean, VA 22102
    Telephone: (703) 610-6100
    emyinger@hhlaw.com
    ntconnally@hhlaw.com
    mmsmith@hhlaw.com

    David J. Stetler, Esq.
    Jonathan M. Cyrluk, Esq.
    Mariah E. Moran, Esq.
    **Stetler & Duffy, Ltd.**
    11 S. LaSalle Street, Suite 1200
    Chicago, IL 60603
    Telephone: (312) 338-0200
    dstetler@stetlerandduffy.com
    cyrluk@stetlerandduffy.com
    mmoran@stetlerandduffy.com

*Counsel for Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of North Carolina; The Regence Group*

    Charles C. Jackson, Esq.
    Charis A. Runnels, Esq.
    **Morgan, Lewis & Bockius LLP**
    77 West Wacker Drive, 5th Floor
    Chicago, IL 60601
    Telephone: (312) 324-1000
    charles.jackson@morganlewis.com
    crunnels@morganlewis.com

    Jay H. Calvert, Jr., Esq.
    **Morgan, Lewis & Bockius LLP**
    1701 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 963-5462
    jcalvert@morganlewis.com

*Counsel for Independence Blue Cross*

Joseph A. Fink
Scott R. Knapp
**Dickinson Wright, PLLC**
Suite 200
215 South Washington Square
Lansing, Michigan, 48933
Telephone: (517) 371-1730
jfink@dickinsonwright.com
sknapp@dickinsonwright.com

John E. Anderson, Sr.
**Dickinson Wright, PLLC**
Suite 1401
424 Church Street
Nashville, Tennessee, 37919
Telephone: (615) 244-6538
janderson@dickinsonwright.com

*Counsel for BlueCross Blue Shield of Michigan*

Gwendolyn C. Payton, Esq.
**Lane Powell PC**
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Telephone: (312) 595-1239
paytong@lanepowell.com

Michael P. Padden, Esq.
**Howrey LLP**
321 North Clark Street, Suite 3400
Chicago, IL 60654
Telephone: (206) 223-7000
paddenm@howrey.com

*Counsel for Premera Blue Cross*

## **CERTIFICATE OF SERVICE**

      I, John J. Hamill, an attorney, hereby certify that on December 31, 2009, I electronically filed the **Defendants' Omnibus Motion to Dismiss, Compel Arbitration, or Stay These Proceedings** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed on the electronic service list. A true and correct copy of the foregoing was also served by UPS upon counsel for Blue Cross and Blue Shield of Michigan whose *pro hac vice* admission before the court is currently pending at the following address:

      Joseph A. Fink
      **Dickinson Wright, PLLC**
      Suite 200
      215 South Washington Square
      Lansing, Michigan, 48933

      John E. Anderson, Sr.
      **Dickinson Wright, PLLC**
      Suite 1401
      424 Church Street
      Nashville, Tennessee, 37919

      *s/ John J. Hamill*